NATIONAL BANK OF NORTH AMER-
ICA, Plaintiff-Appellee,

v.

S.S. OCEANIC ONDINE, S.S. CHATHAM,
S.S. OCEANIC VICTORY, and Resolute
Marine Associates, Ltd., Defendants,

United States of America,
Intervenor-Appellant.

No. 71-2206.

United States Court of Appeals,
Fifth Circuit.

Jan. 4, 1972.

Anthony J. P. Farris, U. S. Atty., Houston, Tex., Fred B. Ugast, Acting Asst. Atty. Gen., Meyer Rothwacks, John M. Wood, Attys., Dept. of Justice, Tax Div., Washington, D. C., for intervenor-appellant.

Edward W. Watson, Galveston, Tex., for plaintiff-appellee.

Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.

PER CURIAM:

The primary proceeding below was brought by the National Bank of North America to foreclose a preferred ship's mortgage on the vessels named in the caption. The United States intervened, seeking priority as the assignee of unpaid wage claims of several seamen and their unions. The United States appeals from the district court's holding that its claim was for "taxes" and not "wages" and therefore not entitled to priority. The judgment below awarded all remaining funds in the registry of the court to the National Bank of North America.[1]

We are not persuaded that the lower court reached an erroneous conclusion. The judgment is

Affirmed.

1. Reported at 335 F.Supp. 71.

Raymond CLARK, Plaintiff-Appellant,

v.

Mr. W. T. STONE, Warden, Defendant-
Appellee.

No. 26001.

United States Court of Appeals,
Ninth Circuit.

Jan. 10, 1972.

Raymond Clark (argued), in pro. per.

Gloria F. DeHart, Deputy Atty. Gen., (argued), Thomas C. Lynch, Atty. Gen. of Cal., Derald E. Granberg, Deputy Atty. Gen., San Francisco, Cal., for defendant-appellee.

Before HUFSTEDLER and WRIGHT, Circuit Judges, and SMITH *, District Judge.

PER CURIAM:

This appeal is taken from a denial of appellant's petition for a writ of habeas corpus which challenged the validity of the California parole revocation system as applied to him. Appellant's argument parallels the decision of the district court in Ellhamer v. Wilson, 312 F.Supp. 1245 (N.D.Cal.1969), reversed in Ellhamer v. Wilson, 445 F.2d 856 (9th Cir. 1971). See also Sturm v. California Adult Authority, 395 F.2d 446 (9th Cir. 1967), and Eason v. Dickson, 390 F.2d 585 (9th Cir. 1968).

The order denying the petition for a writ of habeas corpus is affirmed.

* The Honorable Russell E. Smith, Chief Judge of the United States District Court for the District of Montana, sitting by designation.